BEFORE THE THIRD DIVISION, MARCH 30, 1950

**No. 54169.**—M. A. Hoenecke *v.* United States, protests 101348–K and 102546–K (Minneapolis).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54170.**—Tupman Thurlow Co., Inc. *v.* United States, protest 113946–K (Boston).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 54171.**—Hoyt, Shepston & Sciaroni and Rathjen Bros., Inc. *v.* United States, protests 145267–K and 145777–K (San Francisco).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests..

**No. 54172.**—F. S. Whelan & Sons *v.* United States, protest 146909–K (Detroit).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 54173.**—Norman G. Jensen *v.* United States, protest 109323–K (Pembina).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 54174.**—Schenley Distributors, Inc. *v.* United States, protest 115873–K (Pittsburgh).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 54175.**—Atkins, Kroll & Co. et al. *v.* United States, protests 146321–K, etc. (San Francisco).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54176.**—T. M. Duche & Sons, Inc. *v.* United States, protests 146563–K, 146566–K, and 146567–K (Philadelphia).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54177.**—American Pacific S. S. Co. et al. *v.* United States, protests 148766–K, etc. (Los Angeles).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.